IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY, KAREN CLAYTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BOXED WATER IS BETTER, LLC,<br><br>　　　　Defendant. | 1:23cv0168<br>ELECTRONICALLY FILED<br>**LEAD CASE** |
| IAN FOLEY, KAREN CLAYTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>180S, INC.,<br><br>　　　　Defendant. | 1:23cv0169<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ANTOINETTE SUCHENKO, KAREN CLAYTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAGENTA, INC.,<br><br>　　　　Defendant. | 1:23cv0173<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| MELISSA MCCABE, KAREN CLAYTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHERPER'S INC.,<br><br>　　　　Defendant. | 1:23cv0174<br>ELECTRONICALLY FILED<br>MEMBER CASE |

-2-

| | |
|---|---|
| JOCELYN COLON, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0176 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| BELLA LASH EXTENSIONS, LLC, | |
| Defendant. | |
| ANTOINETTE SUCHENKO, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0177 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| PICCARD PETS SUPPLIES, CORP., | |
| Defendant. | |
| MELISSA MCCABE, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0178 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| PERFUMELAND OF ORLANDO, INC., | |
| Defendant. | |
| ANTOINETTE SUCHENKO, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0180 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| PHE INVESTMENTS LLC *doing business as* PURE HAVEN | |
| Defendant. | |

| | |
|---|---|
| SYLVIA SANTOS, KAREN CLAYTON, | |
| Plaintiffs, | 1:23cv0181 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| AURALINE, INC., | |
| Defendant. | |

| | |
|---|---|
| HOLGER FIALLO, | |
| Plaintiffs, | 1:23cv0189 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| KAREN CLAYTON, | |
| Defendant. | |

| | |
|---|---|
| MELISSA MCCABE, JARED CHARLAP, | |
| Plaintiffs, | 23cv1019 |
| v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| AUSTIN'S SHOE, LLC, | |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER WALTERS,<br>JARED CHARLAP, | |
| Plaintiffs, | 23cv1020<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| v. | |
| HARVEST DRUG & GIFT, LP, | |
| Defendant. | |

SAM WILSON, JARED CHARLAP,

    Plaintiffs,

  v.

ZERO TECHNOLOGIES, LLC *doing business as* ZERO WATER,

    Defendant.

23cv1025
ELECTRONICALLY FILED
MEMBER CASE

---

IAN FOLEY, JARED CHARLAP,

    Plaintiffs,

  v.

RAYCON, INC.,

    Defendant.

23cv1038
ELECTRONICALLY FILED
MEMBER CASE

---

CHRISTOPHER WALTERS, JARED CHARLAP,

    Plaintiffs,

  v.

ALPINE TRACKS, INC. *doing business as* ALPINE SHOP VERMONT,

    Defendant.

23cv1039
ELECTRONICALLY FILED
MEMBER CASE

---

JOCELYN COLON, JARED CHARLAP,

    Plaintiffs,

  v.

CD PEACOCK INC.,

    Defendant.

23cv1040
ELECTRONICALLY FILED
MEMBER CASE

IAN FOLEY, JARED CHARLAP,

    Plaintiffs,

v.

WAXMAN SALES, LLC d*oing business as* BIRDROCK HOME,

    Defendant.

23cv1063
ELECTRONICALLY FILED
MEMBER CASE

---

IAN FOLEY, JARED CHARLAP,

    Plaintiffs,

v.

PEDIGREE SUPPLIES, INC. *doing business as* CHERRYBROOK,

    Defendant.

23cv1064
ELECTRONICALLY FILED
MEMBER CASE

---

SAM WILSON, JARED CHARLAP,

    Plaintiffs,

v.

PREMIER GOURMET, CORP.,

    Defendant.

23cv1144
ELECTRONICALLY FILED
MEMBER CASE

---

ARNOLD VARGAS, JARED CHARLAP,

    Plaintiffs,

v.

LEON HAND-CRAFTED SPEAKERS, INC.,

    Defendant.

23cv1155
ELECTRONICALLY FILED

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155 are hereby consolidated with **Civil Action No. 1:23-cv-00168**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:23-cv-00168**.

3. The Clerk of Court shall close Civil Action No. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155.

**SO ORDERED** this 30th day of June, 2023.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record